No. 1261

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )       at  ALBANY NY
    vs. )
)
) Case No. 1:14-mj-152 CFH
)
Bakht Khan )

Received on behalf of the United States from, Bakht Khan

☒ Collateral

☐ Passport No. 45-2870772  Bakht Khan
                                        (Name)
3076 6th Ave Troy NY 12180
(Address)                  (City, State and Zip Code)

☐ Deed for property located at _____

_____ owned by _____

☐ Other _____

Receipt is hereby acknowledged.      Clerk, U.S. District Court
5-5-2014
                                           By: _____

Location: ALBANY

    Disposition: _____

Received the above item as described,

_____       _____       _____
(Signature)              (Print Name)           (Date)