U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 28 2014
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:14-CR-280 (MAD) |
| | ) | |
| | ) | **Information** |
| | ) | |
| | ) | Violation: 21 U.S.C. §§ 813, 841(a)(1), |
| v. | ) | and 846 |
| | ) | [Conspiracy to Possess With |
| | ) | Intent to Distribute and |
| | ) | Distribute a Controlled |
| **BAKHT KHAN,** | ) | Substance Analogue] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense: Rensselaer |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Conspiracy to Possess With Intent to Distribute**
**and Distribute a Controlled Substance Analogue]**

Between on or about January 15, 2013, and on or about January 24, 2013, in Rensselaer County in the Northern District of New York, and elsewhere, the defendant, **BAKHT KHAN**, and others conspired to knowingly and intentionally possess with intent to distribute and to distribute a mixture or substance containing a controlled substance analogue, with the intent that it be used for human consumption, as provided in Title 21, United States Code, Section 813, in violation of Title 21, United States Code, Sections 841(a)(1), and 846. As to the defendant **BAKHT KHAN**, that violation involved XLR11, a controlled substance analogue as that term is defined in 21 U.S.C. § 802(32)(A), in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated: July 28, 2014							RICHARD S. HARTUNIAN
								United States Attorney

						By:	*/s/ Jeffrey C. Coffman*
								Jeffrey C. Coffman
								Assistant United States Attorney
								Bar Roll No. 517969